RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for Joseph Holmes



# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

JOSEPH HOLMES,

        Defendant.

Case No. 2:20-mj-00902-DJA

**STIPULATION TO CONTINUE
PRELIMINARY HEARING**
(First Request)

    IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jim W. Fang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for Joseph Holmes, that the Preliminary Hearing currently scheduled on November 23, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

    This Stipulation is entered into for the following reasons:

    1.    Parties have entered negotiations and need the additional time to resolve this matter.

2.      The government is in the process of producing discovery, which will allow Mr. Holmes to evaluate the case against him and, if necessary, prepare for the preliminary hearing.

3.      Defendant is not incarcerated and does not object to a continuance.

4.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 13th day of November, 2020.

RENE L. VALLADARES                            NICHOLAS A. TRUTANICH
Federal Public Defender                       United States Attorney


*/s/ Kathryn C. Newman*                        */s/ Jim W. Fang*
By_____                     By_____
KATHRYN C. NEWMAN                             JIM W. FANG
Assistant Federal Public Defender             Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

1
2
3

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00902-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| JOSEPH HOLMES, | |
| Defendant. | |

4
5
6
7
8
9

10      Based on the Stipulation of counsel and good cause appearing,

11      IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on

12  November 23, 2020 at the hour of 4:00 p.m., be vacated and continued to

13  January 11, 2021 at the hour of 4:00 P.m.

14      DATED this 16th day of November, 2020.

15
16
17                                             _____
                                               UNITED STATES MAGISTRATE JUDGE

18                                             **DANIEL J. ALBREGTS**
                                               **U.S. MAGISTRATE JUDGE**
19
20
21
22
23
24
25
26

3