**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-CR-212-APG-EJY |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| JOSEPH HOLMES, JR., | |
| Defendant. | |

The United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2) ; 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(B); 18 U.S.C. § 1029(c)(1)(C) with 1029(c)(2); and 21 U.S.C. § 853(p) based upon the plea of guilty by Joseph Holmes, Jr., to the criminal offenses, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and shown by the United States to have the requisite nexus to the offenses to which Joseph Holmes, Jr., pled guilty. Criminal Information, ECF No. 51; Plea Agreement, ECF No. 53; Arraignment & Plea, ECF No. 55; Amended Preliminary Order of Forfeiture, ECF No. 66.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from September 4, 2021, through October 3, 2021, notifying all potential third

parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 56-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 58.

On September 30, 2021, the United States Attorney's Office served Rita Saenz, Director of California Employee Development Department, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 58-1, p. 3-14, 16-18, 28.

On September 30, 2021, the United States Attorney's Office served Carole Vigne, General Counsel for the California Employee Development Department by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 58-1, p. 3-14, 19-21, 28.

On September 30, 2021, the United States Attorney's Office served Carol Williams, Chief Deputy Director of Operations for the California Employee Development Department by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 58-1, p. 3-14, 22-24, 28.

On September 30, 2021, the United States Attorney's Office served Nancy Farias, Chief Deputy Director of External Affairs for the California Employee Development Department by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 58-1, p. 3-14, 25-28.

On September 30, 2021, the United States Attorney's Office served Kevin Matulich, Deputy Director of the California Employee Development Department by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 58-1, p. 3-14, 29-33.

/ / /

On September 30, 2021, the United States Attorney's Office served California Governor Gavin Newsom by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 58-1, p. 3-14, 34-36, 40.

On September 30, 2021, the United States Attorney's Office served Shirley N. Weber, Ph.D., California Secretary of State, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 58-1, p. 3-14, 37-40.

On September 30, 2021, the United States Attorney's Office served Rob Bonta, California Attorney General, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 58-1, p. 3-14, 41-44.

This Court entered California Employment Development Departments (CEDD) Motion for Remission or Mitigation of a Criminal Forfeiture Action, ECF No. 57, on November 8, 2021, with the signature of Rosa Martinez, Investigation Division.

On November 22, 2021, the United States filed a Motion to Dismiss CEDD's Remission Motion, ECF No. 57, for Lack of Jurisdiction and Failure to State a Claim Upon which Relief Can be Granted. ECF No. 60.

On December 9, 2021, the Court granted the Motion to Dismiss CEDD's Motion for Remission or Mitigation. ECF No. 65.

This Court finds no other petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C.

§ 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(B); 18 U.S.C. § 1029(c)(1)(C) with 1029(c)(2); 21 U.S.C. § 853(p); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. $89,710 in United States Currency;
2. a debit card with the last four digits of the account number being 0913 issued in the name of S.F.;
3. a debit card with the last four digits of the account number being 5158 issued in the name of V.B.;
4. a debit card with the last four digits of the account number being 8208 issued in the name of J.S.;
5. a debit card with the last four digits of the account number being 5504 issued in the name of D.Wi.;
6. a debit card with the last four digits of the account number being 0404 issued in the name of I.S.;
7. a debit card with the last four digits of the account number being 9414 issued in the name of D.H.;
8. a debit card with the last four digits of the account number being 0327 issued in the name of T.Y.;
9. a debit card with the last four digits of the account number being 2658 issued in the name of D.P.;
10. a debit card with the last four digits of the account number being 0689 issued in the name of K.T.;
11. a debit card with the last four digits of the account number being 5802 issued in the name of J.B.;
12. a debit card with the last four digits of the account number being 2317 issued in the name of D.Wa.;
13. a debit card with the last four digits of the account number being 8028 issued in the name of B.W.;

14. a debit card with the last four digits of the account number being 4370 issued in the name of O.C.;

15. a debit card with the last four digits of the account number being 8184 issued in the name of J.M.;

16. a debit card with the last four digits of the account number being 8703 issued in the name of C.W.;

17. a debit card with the last four digits of the account number being 2873 issued in the name of T.B.;

18. a debit card with the last four digits of the account number being 0196 issued in the name of D.R.; and

19. digital devices seized on September 18, 2020 during defendant's arrest, including but not limited to: (a) five (5) iPhones with unknown serial numbers; (b) silver Mac Book Air, serial # FVFCPDCUMNHQ; (c) black Lenovo laptop, serial # PBH394C; (d) silver HP laptop, serial # 5CD03230PN3; (e) silver HP laptop, serial # 5CG0246KGD; and (f) gray iPad, serial # DMPD9R9NLM93

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED __December 21_____, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE